UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.   1:05-cr-00148-OWW |
| | ) | |
| vs. | ) | **ORDER OF DETENTION FOLLOWING** |
| | ) | **REVOCATION OF PREVIOUSLY SET** |
| JAMES SALINAS, | ) | **CONDITIONS OF RELEASE** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

A.   <u>Order for Revocation and Detention</u>

    After conducting a hearing pursuant to 18 U.S.C. § 3148(b) on the government's
motion for revocation of the previous order for release, the Court orders the
previous conditions of pretrial release revoked and this defendant detained.

B.   <u>Statement of Reasons for the Revocation and Detention</u>

    The Court orders the revocation of pretrial release conditions and the
defendant's detention because it finds:

_____  (1)  There is probable cause to believe this defendant has committed
             a Federal, State, or local crime while on release.

**or**

  X   (2)  There is clear and convincing evidence that this defendant has
             violated a condition or conditions of release.

**and**

_____  (3)  That based on the factors set forth in § 3142(g), there is no
             condition or combination of conditions of release that will assure
             that this defendant will not flee or pose a danger to the safety of
             any other person or the community; or,

  X   (4)  That this defendant is unlikely to abide by any condition or
             combination of conditions of release.

_____  (5)  That this defendant has not rebutted the rebuttable presumption
             contained in 18 U.S.C. § 3148(b) that no condition or combination
             of conditions will assure that the person will not pose a danger
             to the safety of any other person or the community based upon the
             existence of probable cause to believe that, while on release, the
             defendant committed a Federal, State, or local felony.

IT IS SO ORDERED.

**Dated:   June 2, 2006**            _____
                                        **/s/ Sandra M. Snyder**
icido3                               UNITED STATES MAGISTRATE JUDGE